# Court of Appeals
# of the State of Georgia

ATLANTA,_July 16, 2018_____

*The Court of Appeals hereby passes the following order:*

## A18D0526. JENNIFER MCINTYRE v. JEFFREY MOSS, TRUSTEE.

Jeffrey Moss, as Trustee of the Louis H. Moss Living Trust and as Power of Attorney, petitioned for a declaratory judgment in Fulton County superior court. The trial court subsequently granted Moss's motion for summary judgment, and respondent Jennifer McIntyre filed this application for discretionary appeal.[1]

Orders granting summary judgment may be appealed directly; no application is necessary. See OCGA § 9-11-56 (h); *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).[2] If a party timely applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j). Thus, this application for discretionary appeal is hereby GRANTED. McIntyre shall have ten days from the date of this order to file a notice of appeal, if she has not already done

---

[1] McIntyre filed her application in the Supreme Court, which transferred the matter to this Court.

[2] Based on the application materials, no provision of OCGA § 5-6-35 appears to apply here.

so. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/16/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*